IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AHMAD PEYRAVI | § | |
| v. | § | CA C-07-230 |
| TDCJ-CID, ET AL. | § | |

## *IN FORMA PAUPERIS* DEFICIENCY ORDER

On May 22, 2007, plaintiff was sent a notice of deficient pleading (D.E. 4), reminding him that he had twenty days to pay the $350 filing fee or file an application to proceed *in forma pauperis* complete with a copy of his six month statement showing the history of deposits to his inmate trust account. Plaintiff did submit an application to proceed *in forma pauperis* (D.E. 6) but failed to file his inmate trust fund account statement.

Plaintiff will be given an opportunity to correct the deficiency. Plaintiff must forward to the Clerk a certified copy of his inmate trust fund account statement for the 6 month period immediately preceding the filing of the complaint.

Within twenty days of the date of this order Plaintiff must submit to the district court either the filing fee of $350.00 or a certified copy of his inmate trust fund account statement

ORDERED this 31st day of May, 2007.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE